In the Matter of the Claim of ROSA L. WILLIAMS, Respondent, v. BUFFALO GENERAL HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.